**EXHIBIT – B**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BRET CHIAFALO and LEVI GUERRA,<br><br>Plaintiffs,<br><br>v.<br><br>JAY INSLEE, in his official capacity as Governor of Washington , BOB FERGUSON, in his office capacity as Attorney General of Washington, and KIM WYMAN, in her official capacity as Washington Secretary of State,<br><br>Defendants. | CASE NO.<br><br>DECLARATION OF LEVI GUERRA |

Levi Guerra declares as follows:

1. I am over the age of eighteen and am competent to testify to the matters contained in this declaration.

2. I am a resident of the City of Warden and County of Grant, Washington. I attend a college in Portland, Oregon, but consider myself a resident of Warden and intend to return to Washington after completing my schooling.

3. I attended my local caucus that was held in Moses Lake, WA and was elected to be a delegate for Sen. Sanders. After this, I was elected to be a delegate for the state caucus. I attended the Congressional Caucus on May 21st, 2016 where I, as well as several others (at least 50) ran to be an elector. I was not informed of any fine for choosing to cast our electoral vote in the manner we wished, rather than the manner dictated by the State of Washington or

the Democratic Party. I was elected along with an alternate. I learned about the fine levied under RCW 26A.56.340 at the WA state caucus.

    4.    Upon becoming an elector, I was required to, and did, execute a pledge to vote for the Democratic Party's nominees for President and Vice-President.

    5.    I understand that the Democratic Presidential candidate is Hillary Rodham Clinton and the Democratic Vice-Presidential Candidate is Timothy Kaine.

    6.    I understand that the majority of people in Washington who cast their ballots on November 8, 2016, chose Hillary Clinton and Timothy Kaine for President and Vice-President. It is my understanding that those citizens' votes were not direct votes for the President and Vice-President, but rather votes for those candidates' slate of electors, of which I am a member.

    7.    I understand that, based on the votes in the remaining 49 states and the District of Columbia that if all electors in the Electoral College vote the same as the popular votes in their respective states, Donald Trump and Michael Pence will become President and Vice-President despite them losing the nationwide popular vote by more than 2.5 million votes.

    8.    Based on my own investigation, deliberation, and research, I believe that Donald Trump is unfit for the office of President and that Mike Pence is unfit for the office of Vice President.

    9.    Based on my deliberation, investigation, and research, I believe that it is in the best interests of Washington and the United States to prevent Trump/Pence from taking office. Therefore, it is my duty, as a member of the Electoral College to vote in the best interests of the state and nation. I cannot do that if the State is going to force me to vote for Clinton/Kaine. While I am sure Clinton/Kaine are eminently qualified and fit to be President and Vice-President, it may be that I need to vote for someone other than them to prevent Trump/Pence from taking office. Therefore, I need the freedom to vote for any person whom I feel is the most viable, fit, and qualified person to become President and/or Vice-President.

10. I have been in contact with some of my fellow electors in other states and they have all expressed reservations about Trump/Pence and the need to protect the country from them. It is my desire and intent to vote for someone for President and Vice-President that will either obtain 270 electoral votes and is not Trump/Pence or who will obtain enough votes in the Electoral College to be one of the top-three vote getters if no candidates reach 270 electoral votes so that the House of Representatives can consider Mrs. Clinton, Trump, and one other candidate whom the electors – or at least a large portion of us – agree is viable, qualified, and fit for office. The same holds true for Vice President except that I understand the top two vote-getters for that office will be decided by the Senate.

11. Yet if I exercise my vote according to my conscience and political beliefs, I can either be removed as an elector or be penalized with a $1,000 fine.

12. I believe restricting me from casting my electoral vote as I want to is wrong and infringes on my rights to freely express my political opinion. In addition, I have very limited financial means, as does my family. I could not in any case afford to pay a $1,000 fine myself, nor should I have to simply for voting and speaking my mind.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 8th day of Dec, 2016 at Portland, Oregon.

_____
Levi Guerra