1

2

3

4

5

6

7

8

9

10

11                                                                The Honorable James L. Robert

12                      **UNITED STATES DISTRICT COURT**
                  **WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

13

14   BRET CHIAFALO and LEVI GUERRA,              NO. 2:16-cv-01886-JLR

15                                 Plaintiff,     NOTICE OF APPEARANCE

16        v.

17   JAY INSLEE, in his official capacity as Governor
     of Washington, BOB FERGUSON, in his office
18   capacity as Attorney General of Washington, and
     KIM WYMAN, in her official capacity as
19   Washington Secretary of State,

20                                 Defendants.

21   TO:          COUNSEL OF RECORD

22   AND TO:      CLERK OF THE COURT

23          YOU AND EACH OF YOU, WILL PLEASE TAKE NOTICE that Callie A. Castillo

24   and Rebecca R. Glasgow, Deputy Solicitors General, without waiving objection as to improper

25   service, jurisdiction, or venue, hereby enter their notice of appearance on behalf of Defendants

26

1  Jay Inslee, in his official capacity as Governor of the State of Washington, Bob Ferguson, in his

2  office capacity as Attorney General of the State of Washington, and Kim Wyman, in her official

3  capacity as Washington Secretary of State, in the above-entitled action, and request that notice

4  of any and all further proceedings in said action except original process be served upon the

5  undersigned attorneys at the address below stated.

6          DATED this 9th day of December 2016.

7                                    ROBERT W. FERGUSON
                                     *Attorney General of Washington*
8
                                     NOAH G. PURCELL, WSBA 43492
9                                    *Solicitor General*

10         /s/ Callie A. Castillo
11         CALLIE A. CASTILLO, WSBA 38214
           REBECCA R. GLASGOW, WSBA 32886
12           *Deputy Solicitors General*

13         Office of the Attorney General
           PO Box 40100
14         Olympia, Washington 98504-0100
           (360) 664-9018
15         CallieC@atg.wa.gov
           RebeccaG@atg.wa.gov
16

17

18

19

20

21

22

23

24

25

26

## <u>CERTIFICATE OF SERVICE</u>

I certify, under penalty of perjury under the laws of the state of Washington, that I electronically filed a true and correct copy of the foregoing document with the United States District Court ECF system, which will send notification of the filing to the following:

Sumeer Singla
Jonah O. Harrison
1325 Fourth Avenue, Suite 1400
Seattle, WA 98101
sumeer@impactlawgroup.com
jonah@impactlawgroup.com

DATED this 9th day of December 2016, at Olympia, Washington.

s/ Stephanie N. Lindey
STEPHANIE N. LINDEY
Legal Secretary

NOTICE OF APPEARANCE
No. 2:16-cv-01886-JLR

3

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
(360) 753-6200