UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| P. BRET CHIAFALO, et al., | CASE NO. C16-1886JLR |
| Plaintiffs, | ORDER SETTING BRIEFING SCHEDULE AND |
| v. | SCHEDULING HEARING |
| JAY INSLEE, et al., | |
| Defendants. | |

The court has reviewed Plaintiffs P. Bret Chiafalo and Levi Guerra's verified complaint (Compl. (Dkt. # 1)), Plaintiffs' motion for a temporary restraining order and preliminary injunction (Mot. (Dkt. # 2)), Defendants Jay Inslee, Bob Ferguson, and Kim Wyman's notice of intent to respond (Not. (Dkt. # 6)), and the remainder of the record. The court sets the following briefing schedule, which differs from the briefing schedule to which the parties stipulated (*see* Not. at 1-2):

- Defendants shall file their response no later than 5:00 p.m. on Monday, December 12, 2016.

ORDER- 1

- Plaintiffs may, but are not required to, file a reply no later than 12:00 p.m. on Tuesday, December 13, 2016.

The court sets a hearing on Plaintiffs' motion (Dkt. # 2) for 1:00 p.m. on Wednesday, December 14, 2016.

Dated this 9th day of December, 2016.

JAMES L. ROBART
United States District Judge

ORDER- 2