1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

      The Honorable James L. Robart
Hearing Set: December 14, 2016, 1:00 p.m.

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| P. BRET CHIAFALO and LEVI GUERRA, | NO. 2:16-cv-01886-JLR |
| Plaintiffs, | |
| v. | DECLARATION OF LORI AUGINO |
| JAY INSLEE, in his official capacity as Governor of Washington, BOB FERGUSON, in his official capacity as Attorney General of Washington, and KIM WYMAN, in her official capacity as Washington Secretary of State, | |
| Defendants. | |

17      I, Lori Augino, declare as follows:

18      1.    I am over eighteen years of age and competent to testify. I currently serve as the

19 Director of Elections in the Office of the Secretary of State of Washington. The information

20 stated below is true and correct and based on my own knowledge.

21      2.    Attached as Exhibit A is a true and correct copy of the Certificate of

22 Ascertainment of Votes Cast for Presidential Electors, which includes a list of the Democratic

23 Party's electors and alternates.

24      3.    Attached as Exhibit B is a true and correct copy of the pledges of the

25 Washington State Democratic Party's electors and alternates as they were submitted to the

26 Secretary of State's Office.

DECLARATION OF LORI AUGINO        1
NO.2:16-CVJLR

1      4.    Attached as Exhibit C is a true and correct copy of the Secretary of State's

2  certification for the 2016 General Election.

3      5.    Attached as Exhibit D is a true and correct copy of a letter that I sent in October

4  2016 in response to an inquiry about whether a political party could make changes in its slate

5  of electors.

6      I swear under penalty of perjury under the laws of the state of Washington that the

7  foregoing is true and correct and of my own knowledge, and that I executed this declaration at

8  Olympia, Washington.

9      DATED this 12th day of December, 2016.

10

11

12                  Lori Augino, Director of Elections

13                  Olympia, Washington

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF LORI AUGINO          2           ATTORNEY GENERAL OF WASHINGTON
NO.2:16-CVJLR                             1125 Washington Street SE
                                      PO Box 40100
                                Olympia, WA 98504-0100
                                  (360) 753-6200

**CERTIFICATE OF SERVICE**

I certify, under penalty of perjury under the laws of the state of Washington, that I electronically filed a true and correct copy of the foregoing document with the United States District Court ECF system, which will send notification of the filing to the following:

Sumeer Singla
Jonah O. Harrison
1325 Fourth Avenue, Suite 1400
Seattle, WA  98101
sumeer@impactlawgroup.com
jonah@impactlawgroup.com

Robert J. Maguire
Harry J. F. Korrell
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
robmaguire@dwt.com
harrykorrell@dwt.com

Chad A. Readler
325 John H. McConnell boulevard, Suite 600
Columbus, OH  43215-2673
careadler@jonesday.com

Robert A. McGuire, III
Robert McGuire Law Firm
2703 Jahn Avenue NW, Suite C-7
Gig Harbor, WA  98335
ram@lawram.com

DATED this 12th day of December 2016, at Olympia, Washington.

s/ Kristin D. Jensen
KRISTIN D. JENSEN
Confidential Secretary

DEFENDANTS' RESPONSE TO PLAINTIFFS'
MOTION FOR TEMPORARY RESTRAINING
ORDER AND PRELIMINARY INJUNCTION
NO.2:16-JLR

17

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200



# Certificate of Ascertainment of the Votes Cast for Presidential Electors of the State of Washington

Pursuant to Article II, Section 1, of the Constitution of the United States, Section 1 of Title 3, United States Code, and the related constitutional and statutory provisions of the United States and the State of Washington, an election of presidential electors was held on Tuesday, November 8, 2016. The numbers of votes cast for each slate of electors at this general election, as certified by the Secretary of State pursuant to RCW 29A.60.250, are as follows:

Electors of the Democratic Party                          1,742,718

| Varisha | M | Khan | 20320 - 217th Ave NE | Woodinville | WA | 98077 |
|---|---|---|---|---|---|---|
| Peter | Bret | Chiafalo | 2106 - 131st Pl SW | Everett | WA | 98204 |
| Ryleigh | | Ivey | 1022 W 39th St | Vancouver | WA | 98660 |
| Levi | Jennet | Guerra | 20507 Rd 11 SE | Warden | WA | 98857 |
| Phillip | W | Tyler | 5216 S Altamont Ln | Spokane | WA | 99223 |
| Julie | A | Johnson | PO Box 187 | Neah Bay | WA | 98357 |
| Chris | L | Porter | 8424 - 46th Ave SW | Seattle | WA | 98136 |
| Dan | William | Carpita | 39235 - 258th Ave SE | Enumclaw | WA | 98022 |
| Esther | Virginia | John | 1807 - 13th Ave S | Seattle | WA | 98144 |
| Eric | P W | Herde | 12305 Golden Given Rd E | Tacoma | WA | 98445 |
| Robert | K | Satiacum | 8216 42nd Street Ct W | University Place | WA | 98466 |
| Elizabeth | Jean | Caldwell | 12540 N Park Ave N | Seattle | WA | 98133 |

### *Alternate electors*

| Richard | Arthur | Marshall | 8001 - 156th St SE | Snohomish | WA | 98296 |
|---|---|---|---|---|---|---|
| Lona | | Wilbur | PO Box 309 | La Conner | WA | 98257 |
| Ralph | E | Schmidt | 9705 NE 109th Ct | Vancouver | WA | 98662 |
| Mathew | K M | Tomaskin | PO Box 302 | Wapato | WA | 98951 |
| Rebecca | K | Graham | 4613 N Malta St | Newman Lake | WA | 99025 |
| Payton | Oliver | Swinford | 6465 SE Fragaria Rd | Olalla | WA | 98359 |
| Kimiko | Richardson | Rutledge | 2621 - 24th Ave W | Seattle | WA | 98199 |
| Emilie | Sakiye | Reitz | 15910 Uplands Way SE | North Bend | WA | 98045 |
| Orson | | Williamson | 816 - 21st Ave | Seattle | WA | 98122 |
| Patti | A | Dailey | 3131 Bridgeport Way W, #29 | University Place | WA | 98466 |
| Julian | F S | Wheeler | 6416 Steilacoom Blvd SW | Lakewood | WA | 98499 |
| Carin | B | Chase | 8432 228th St SW | Edmonds | WA | 98026 |

**EXHIBIT A**

Electors of the Republican Party                                      1,221,747

| Ronald | H | Averill | 2523 Graf Rd | Centralia | WA | 98531 |
|--------|---|---------|--------------|-----------|----|----|
| Rob | | Barrans | 34040 46th Ave S | Auburn | WA | 98001 |
| Laura | | Day | 1212 5th Ave N #3 | Seattle | WA | 98109 |
| David | | Flint | 17417 55th Pl W | Lynnwood | WA | 98037 |
| Kurt | | Goering | 19960 Ravenwood Rd SE | Monroe | WA | 98272 |
| William | Bruce | Heath | 1760 Kapalua Ave | Richland | WA | 99352 |
| Garry | | Holland | 5442 Sleater-Kinney Rd NE | Olympia | WA | 98506 |
| Daniel | F | Nims | 2450 Wallula Ave | Walla Walla | WA | 99362 |
| Joy | | Omlid | 9412 Thomle Rd | Stanwood | WA | 98292 |
| Debra | | Sabin | 32320 20th Pl SW | Federal Way | WA | 98023 |
| Robert | Lyle | Schneider | PO Box 206 | Leavenworth | WA | 98826 |
| Susan | | Shotthafer | 214 Alderview Dr | Port Angeles | WA | 98362 |

Electors of the Socialist Workers Party                               4,307

| Geoffrey | B | Hamill | 4903 Fremont Ave N | Seattle | WA | 98103 |
|----------|---|--------|--------------------|---------|----|----|
| Deborah | L | Higdon | 308 E Republican St #308 | Seattle | WA | 98102 |
| James | F | Miller | 308 E Republican St #308 | Seattle | WA | 98102 |
| Dean | | Denno | 14643 7th Ave SW | Burien | WA | 98166 |
| Edwin | B | Fruit | 4431 37th Ave SW #36 | Seattle | WA | 98126 |
| Mary | J | Martin | 4431 37th Ave SW #36 | Seattle | WA | 98126 |
| John | F | Naubert | 3332 172nd St SW | Burien | WA | 98166 |
| Scott | A | Breen | 5902 Eastwood Dr S | Seattle | WA | 98178 |
| Rachel | | Knapik | 5902 Eastwood Dr S | Seattle | WA | 98178 |
| Cecelia | H | Moriarity | 9201 Rainier Ave S #312 | Seattle | WA | 98118 |
| Jeanne | Ann | Fitzmaurice | 5913 Rainier Ave S #303 | Seattle | WA | 98118 |
| Henry | Clay | Dennison | 5913 Rainier Ave S #303 | Seattle | WA | 98118 |

Electors of the Socialism and Liberation Party                       3,523

| Jane | N | Cutter | 14521 6th Ave NE | Shoreline | WA | 98155 |
|------|---|--------|------------------|-----------|----|----|
| Andrew | T | Freeman | 14521 6th Ave NE | Shoreline | WA | 98155 |
| Rachel | C | Freeman | 14521 6th Ave NE | Shoreline | WA | 98155 |
| Elizabeth | A | DeLeon | 14521 6th Ave NE | Shoreline | WA | 98155 |
| Adam | | Evans | 411 B Filbert Ln | Burlington | WA | 98733 |
| Andrew | | Clemens | 7632 13th Ave NE | Olympia | WA | 98516 |
| Aaron | | Maher | 713 N 33rd St | Renton | WA | 98056 |
| Devlin | | Kennedy | 3923 14th Ave S | Seattle | WA | 98108 |
| Meredith | | Arena | 3923 14th Ave S | Seattle | WA | 98108 |
| Michael | | Buchert | 1823 26th Ave | Seattle | WA | 98122 |
| Brian | | Brown | 4420 326th Ave NE | Carnation | WA | 98104 |
| Andrew | M | Snyder | 3923 14th Ave S | Seattle | WA | 98108 |

**EXHIBIT A**

Electors of the Green Party                                                              58,417

| Jody |  | Grage | 2428 NW 56th | Seattle | WA | 98107 |
|------|---|-------|--------------|---------|----|-------|
| Ryan |  | Jones | 216 23rd E #C4 | Seattle | WA | 98112 |
| Nan |  | McMurry | 3401 W Government Way #304 | Seattle | WA | 98199 |
| Todd |  | Boyle | 6057 3rd NW | Seattle | WA | 98107 |
| Daniel |  | Lee | 139 23rd S | Seattle | WA | 98144 |
| Lisa |  | Canar | 915 N 79th | Seattle | WA | 98103 |
| Ethan |  | Rourke | 11745 15th NE #201 | Seattle | WA | 98125 |
| Claude |  | Ginsburg | 3011 NW 75th | Seattle | WA | 98117 |
| William | B | Dickinson | 2428 NW 56th | Seattle | WA | 98107 |
| Chuck |  | Richards | 8325 9th NW | Seattle | WA | 98117 |
| David |  | Jette | 134 N 81st | Seattle | WA | 98103 |
| Allison |  | Strong | 5531 25th NE | Seattle | WA | 98105 |

Electors of the Constitution Party                                                      17,623

| Teodore | P | Baker | 4817 N Stone St | Spokane | WA | 99207 |
|---------|---|-------|-----------------|---------|----|-------|
| Gregory | D | Thorn | PO Box 2077 | Brewster | WA | 98812 |
| Miles | Dan'l | Adams | 7500 50th Pl | Marysville | WA | 98270 |
| Robert | W | Peck | 4610 S Bates Rd | Spokane Valley | WA | 99206 |
| Karen | Y | Murray | 127 N Street SW | Quincy | WA | 98848 |
| Paul | Douglas | Franklin | 215 W Goodlander Rd | Selah | WA | 98902 |
| Marilyn | J | Montgomery | 4715 E Sumac Dr | Spokane | WA | 99223 |
| Roy | W | Hagle Jr. | 1112 S Comax Ct | Spokane | WA | 99224 |
| Jonathan | Caleb | Collier | 11307 E 42nd Ct | Spokane Valley | WA | 99206 |
| Michael | Earl | Johnson | 2014 W Broadway Ave #7 | Spokane | WA | 99201 |
| Derral |  | White | 2146 Heritage Way | Addy | WA | 99101 |
| Douglas | A | Olson | 524 E Timberwood Cir | Spokane | WA | 99208 |

**EXHIBIT A**

Electors of the Libertarian Party                                                160,879

| Jason | | Fonville | 645 S Lawler Ave | E Wenatchee | WA | 98802 |
|---|---|---|---|---|---|---|
| Don | | Myers | 901 E Hagdon Dr | Moses Lake | WA | 98837 |
| Rory | | Leckband | 10501 E Sinto Ave | Spokane Valley | WA | 99206 |
| Jeff | | McCardel | 903 N 9th Way | Ridgefield | WA | 98642 |
| Robert | | Straton | 11 Wisteria Ln | Bellingham | WA | 98229 |
| Gavin | | Keefe | 415 N 44th Ave | Yakima | WA | 98908 |
| Larry | A | Nicholas | 2618 Huron St | Bellingham | WA | 98226 |
| Jacob | D | Lamont | 8241 Harborview Rd | Blaine | WA | 98230 |
| C | Michael | Pickens | 3010 67th Ave SE | Mercer Island | WA | 98040 |
| Heather | | Fensch | 2101 S 324th St #200 | Federal Way | WA | 98003 |
| Tiffany | | Diaz de Leone | 11013 SE Rae Ct | Port Orchard | WA | 98366 |
| Steven | | Nielson | 512 Mansfield Ct SW #301 | Port Orchard | WA | 98367 |

Having received the greatest number of votes cast for the positions of Presidential Elector, the nominees for the Democratic Party for those positions are hereby declared duly elected and qualified to perform the duties and discharge the responsibilities of these offices.



𝕴𝖓 𝖂𝖎𝖙𝖓𝖊𝖘𝖘 𝖂𝖍𝖊𝖗𝖊𝖔𝖋, I have hereunto set my hand and caused the Seal of the State of Washington to be affixed this 7th day of December, 2016.

_____
Jay Inslee
Governor

𝔄𝔱𝔱𝔢𝔰𝔱:

_____
Kim Wyman
Secretary of State

**EXHIBIT A**



**WASHINGTON STATE DEMOCRATS**

## Pledge of Presidential Elector Nominee

I, (Print Name) _VARISHA KHAN_, do hereby pledge

that I will vote for the candidates nominated by the Democratic Party for

President of the United States and Vice President of the United States.

_Varisha Khan_                    _8_ / _5_ / _2016_

**Signature of Elector**                **Date**

**Washington State Democrats**
Jaxon Ravens, Chair
PO Box 4027, Seattle, WA  98194
Phone (206) 583-0664 – Fax (206) 583-0301
http://www.wa-democrats.org

**EXHIBIT B**



# WASHINGTON STATE DEMOCRATS

## Pledge of Presidential Elector Nominee

I, P. Bret Chiafalo, do hereby pledge that I will vote for the candidates nominated by the Democratic Party for President of the United States and Vice President of the United States.

_T. Bret Chiafalo_      _8 , 3 , 2016_

**Signature of Elector**        **Date**

**Washington State Democrats**
Jaxon Ravens, Chair
PO Box 4027, Seattle, WA 98194
Phone (206) 583-0664 – Fax (206) 583-0301
http://www.wa-democrats.org

**EXHIBIT B**



## WASHINGTON STATE DEMOCRATS

### Pledge of Presidential Elector Nominee

I, (Print Name) _____Ryleigh Ivey_____ , do hereby pledge

that I will vote for the candidates nominated by the Democratic Party for

President of the United States and Vice President of the United States.

_____                    05 / Aug / 2016

**Signature of Elector**                               **Date**

**Washington State Democrats**
Jaxon Ravens, Chair
PO Box 4027, Seattle, WA  98194
Phone (206) 583-0664 – Fax (206) 583-0301

**EXHIBIT B**



WASHINGTON STATE
DEMOCRATS

## Pledge of Presidential Elector Nominee

I, (Print Name) _Levi Guerra_, do hereby pledge

that I will vote for the candidates nominated by the Democratic Party for

President of the United States and Vice President of the United States.

_____          08 / 08 / 2016

**Signature of Elector**                **Date**

**Washington State Democrats**
Jaxon Ravens, Chair
PO Box 4027, Seattle, WA 98194
Phone (206) 583-0664 – Fax (206) 583-0301
http://www.wa-democrats.org

**EXHIBIT B**



# WASHINGTON STATE DEMOCRATS

## Pledge of Presidential Elector Nominee

I, (Print Name) _____PHILLIP TYLER_____ , do hereby pledge

that I will vote for the candidates nominated by the Democratic Party for

President of the United States and Vice President of the United States.

_____        ___8___ / ___3___ / ___16___

**Signature of Elector**                          **Date**

**Washington State Democrats**
Jaxon Ravens, Chair
PO Box 4027, Seattle, WA  98194
Phone (206) 583-0664 – Fax (206) 583-0301
http://www.wa-democrats.org

**EXHIBIT B**



# WASHINGTON STATE DEMOCRATS

## Pledge of Presidential Elector Nominee

I, (Print Name) _____Julie A. Johnson_____, do hereby pledge

that I will vote for the candidates nominated by the Democratic Party for

President of the United States and Vice President of the United States.

_____*Julie A. Johnson*_____          _____8 / 1 / 2016_____

**Signature of Elector**          **Date**

**Washington State Democrats**
Jaxon Ravens, Chair
PO Box 4027, Seattle, WA 98194
Phone (206) 583-0664 – Fax (206) 583-0301
http://www.wa-democrats.org

**EXHIBIT B**



## Pledge of Presidential Elector Nominee

I, (Print Name) _Chris L. Porter_ , do hereby pledge

that I will vote for the candidates nominated by the Democratic Party for

President of the United States and Vice President of the United States.

_Chris L. Porter_

**Signature of Elector**

_8 / 1 / 16_

**Date**

**Washington State Democrats**
Jaxon Ravens, Chair
PO Box 4027, Seattle, WA 98194
Phone (206) 583-0664 – Fax (206) 583-0301
http://www.wa-democrats.org



# Pledge of Presidential Elector Nominee

I, (Print Name) _Dan W Carpita_, do hereby pledge

that I will vote for the candidates nominated by the Democratic Party for

President of the United States and Vice President of the United States.

_____          _8_ / _4_ / _2016_

**Signature of Elector**                          **Date**

**Washington State Democrats**
Jaxon Ravens, Chair
PO Box 4027, Seattle, WA  98194
Phone (206) 583-0664 – Fax (206) 583-0301
http://www.wa-democrats.org

**EXHIBIT B**



# WASHINGTON STATE DEMOCRATS

## Pledge of Presidential Elector Nominee

I, (Print Name) ⎽⎽⎽ESTHER V. JOHN⎽⎽⎽, do hereby pledge

that I will vote for the candidates nominated by the Democratic Party for

President of the United States and Vice President of the United States.

⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽    ⎽⎽8⎽/⎽2⎽/⎽16⎽

**Signature of Elector**          **Date**

**Washington State Democrats**
Jaxon Ravens, Chair
PO Box 4027, Seattle, WA  98194
Phone (206) 583-0664 – Fax (206) 583-0301
http://www.wa-democrats.org

**EXHIBIT B**



## Pledge of Presidential Elector Nominee

I, (Print Name) _Eric Herde_, do hereby pledge

that I will vote for the candidates nominated by the Democratic Party for

President of the United States and Vice President of the United States.

_Eric Herde_

**Signature of Elector**

_8 / 4 / 16_

**Date**

**Washington State Democrats**
Jaxon Ravens, Chair
PO Box 4027, Seattle, WA 98194
Phone (206) 583-0664 – Fax (206) 583-0301
http://www.wa-democrats.org

**EXHIBIT B**



# WASHINGTON STATE DEMOCRATS

---

## Pledge of Presidential Elector Nominee

I, (Print Name) ___Elizabeth Caldwell_____, do hereby pledge

that I will vote for the candidates nominated by the Democratic Party for

President of the United States and Vice President of the United States.

___*E J Caldwell*_____         ___8__ / _1_ / _16_

**Signature of Elector**                     **Date**

---

**Washington State Democrats**
Jaxon Ravens, Chair
PO Box 4027, Seattle, WA  98194
Phone (206) 583-0664 – Fax (206) 583-0301
http://www.wa-democrats.org

**EXHIBIT B**



**WASHINGTON STATE DEMOCRATS**

## Pledge of Presidential Elector Nominee

Richard A Marshall

I, (Print Name) _____, do hereby pledge

that I will vote for the candidates nominated by the Democratic Party for

President of the United States and Vice President of the United States.

*R.M.A.Marshall*

_____

**Signature of Elector**

1 Aug 2016

_____/_____/_____

**Date**

**Washington State Democrats**
Jaxon Ravens, Chair
PO Box 4027, Seattle, WA  98194
Phone (206) 583-0664 – Fax (206) 583-0301
http://www.wa-democrats.org

**EXHIBIT B**



# Pledge of Presidential Elector Nominee

I, (Print Name) ___Ralph Edwin Schmidt___, do hereby pledge

that I will vote for the candidates nominated by the Democratic Party for

President of the United States and Vice President of the United States.

___08___/___02___/___2016___

**Signature of Elector**              **Date**

**Washington State Democrats**
Jaxon Ravens, Chair
PO Box 4027, Seattle, WA 98194
Phone (206) 583-0664 – Fax (206) 583-0301
http://www.wa-democrats.org

**EXHIBIT B**



# Pledge of Presidential Elector Nominee

I, (Print Name) _Mathew K. M. To Matlin_ , do hereby pledge

that I will vote for the candidates nominated by the Democratic Party for

President of the United States and Vice President of the United States.

_____          \_\_\_8\_ / \_3\_ / \_16\_

**Signature of Elector**                      **Date**

**Washington State Democrats**
Jaxon Ravens, Chair
PO Box 4027, Seattle, WA  98194
Phone (206) 583-0664 – Fax (206) 583-0301
http://www.wa-democrats.org

**EXHIBIT B**



WASHINGTON STATE DEMOCRATS

## Pledge of Presidential Elector Nominee

I, (Print Name) _____Rebecca K Graham_____ do hereby pledge
that I will vote for the candidates nominated by the Democratic Party for
President of the United States and Vice President of the United States.

_____Rebecca K Graham_____   _____8 / 2 / 16_____
Signature of Elector   Date

Washington State Democrats
Jaxon Ravens, Chair
PO Box 4027, Seattle, WA 98194
Phone (206) 583-0664 – Fax (206) 583-0301
http://www.wa-democrats.org

**EXHIBIT B**



## Pledge of Presidential Elector Nominee

I, (Print Name) ___Payton Swinford___, do hereby pledge

that I will vote for the candidates nominated by the Democratic Party for

President of the United States and Vice President of the United States.

_____          ___8 / 1 / 16___
**Signature of Elector**                    **Date**

**Washington State Democrats**
Jaxon Ravens, Chair
PO Box 4027, Seattle, WA 98194
Phone (206) 583-0664 – Fax (206) 583-0301
http://www.wa-democrats.org

**EXHIBIT B**



# **Pledge of Presidential Elector Nominee**

**I, (Print Name)** _Kimiko Rutledge_ , **do hereby pledge**

**that I will vote for the candidates nominated by the Democratic Party for**

**President of the United States and Vice President of the United States.**



_____          $8$ , $5$ , $16$
**Signature of Elector**                          **Date**

---

**Washington State Democrats**
Jaxon Ravens, Chair
PO Box 4027, Seattle, WA 98194
Phone (206) 583-0664 – Fax (206) 583-0301
http://www.wa-democrats.org

**EXHIBIT B**



# Pledge of Presidential Elector Nominee

I, (Print Name) _____Emilie Reitz_____, do hereby pledge

that I will vote for the candidates nominated by the Democratic Party for

President of the United States and Vice President of the United States.

_Emilie Reitz_
**Signature of Elector**

8 / 2 / 16
**Date**

**Washington State Democrats**
Jaxon Ravens, Chair
PO Box 4027, Seattle, WA 98194
Phone (206) 583-0664 – Fax (206) 583-0301
http://www.wa-democrats.org

**EXHIBIT B**



# Pledge of Presidential Elector Nominee

I, (Print Name) ___Patricia Dailey___, do hereby pledge

that I will vote for the candidates nominated by the Democratic Party for

President of the United States and Vice President of the United States.

_____          August 4, 2016
_____

**Signature of Elector**                    **Date**

**Washington State Democrats**
Jaxon Ravens, Chair
PO Box 4027, Seattle, WA  98194
Phone (206) 583-0664 – Fax (206) 583-0301
http://www.wa-democrats.org

**EXHIBIT B**



## Pledge of Presidential Elector Nominee

I, (Print Name) _JULIAN F. SAUCEDO WHEELER,_ do hereby pledge

that I will vote for the candidates nominated by the Democratic Party for

President of the United States and Vice President of the United States.

_____

Signature of Elector

_8 / 2 / 2016_

Date

**Washington State Democrats**
Jaxon Ravens, Chair
PO Box 4027, Seattle, WA 98194
Phone (206) 583-0664 – Fax (206) 583-0301
http://www.wa-democrats.org

**EXHIBIT B**



# WASHINGTON STATE DEMOCRATS

## Pledge of Presidential Elector Nominee

I, (Print Name) _Carin Chase_ , do hereby pledge

that I will vote for the candidates nominated by the Democratic Party for

President of the United States and Vice President of the United States.

_Carin Chase_                    _8_ / _1_ / _2016_

**Signature of Elector**                    **Date**

**Washington State Democrats**
Jaxon Ravens, Chair
PO Box 4027, Seattle, WA  98194
Phone (206) 583-0664 ~ Fax (206) 583-0301
http://www.wa-democrats.org

**EXHIBIT B**

# WA WASHINGTON STATE DEMOCRATS

## Pledge of Presidential Elector Nominee

I, (Print Name) _____Lona Wilbur_____, do hereby pledge

that I will vote for the candidates nominated by the Democratic Party for

President of the United States and Vice President of the United States.

_Lona Willw_____     _8 / 3 / 16_

**Signature of Elector**              **Date**

**Washington State Democrats**
Jaxon Ravens, Chair
PO Box 4027, Seattle, WA 98194
Phone (206) 583-0664 – Fax (206) 583-0301
http://www.wa-democrats.org

**EXHIBIT B**



# Pledge of Presidential Elector Nominee

I, (Print Name) _ORSON WILLIAMSON_, do hereby pledge
that I will vote for the candidates nominated by the Democratic Party for
President of the United States and Vice President of the United States.

_____          _10_ / _Aug_ / _2016_

**Signature of Elector**          **Date**

**Washington State Democrats**
Jaxon Ravens, Chair
PO Box 4027, Seattle, WA  98194
Phone (206) 583-0664 – Fax (206) 583-0301
http://www.wa-democrats.org

**EXHIBIT B**



## Pledge of Presidential Elector Nominee

I, (Print Name) _Robert Kyle Satiacum_, do hereby pledge

that I will vote for the candidates nominated by the Democratic Party for

President of the United States and Vice President of the United States.

_____          _Aug 9, 2016_

**Signature of Elector**                    **Date**

**EXHIBIT B**

**Washington State Democrats**
Jaxon Ravens, Chair
PO Box 4027, Seattle, WA  98194



## Canvass of the Returns of the General Election
## Held on November 8, 2016

I, Kim Wyman, Secretary of State of the State of Washington, do hereby certify that according to the provisions of RCW 29A.60.240, I have canvassed the returns of the 3,363,440 votes cast for candidates in the November 8, 2016 General Election by the registered voters of the state for all federal and statewide offices, and those legislative and judicial offices whose jurisdiction encompasses more than one county, as received from the County Auditors, and that the votes cast for these measures and these candidates for office are as follows:

**Initiative Measure No. 1433**

Initiative Measure No. 1433 concerns labor standards. This measure would increase the state minimum wage to $11.00 in 2017, $11.50 in 2018, $12.00 in 2019, and $13.50 in 2020, require employers to provide paid sick leave, and adopt related laws.

| | |
|---|---|
| Yes | 1,848,583 |
| No | 1,370,907 |

**Initiative Measure No. 1464**

Initiative Measure No. 1464 concerns campaign finance laws and lobbyists. This measure would create a campaign-finance system; allow residents to direct state funds to candidates; repeal the non-resident sales-tax exemption; restrict lobbying employment by certain former public employees; and add enforcement requirements.

| | |
|---|---|
| Yes | 1,415,798 |
| No | 1,642,784 |

**Initiative Measure No. 1491**

Initiative Measure No. 1491 concerns court-issued extreme risk protection orders temporarily preventing access to firearms. This measure would allow police, family, or household members to obtain court orders temporarily preventing firearms access by persons exhibiting mental illness, violent or other behavior indicating they may harm themselves or others.

| | |
|---|---|
| Yes | 2,234,799 |
| No | 985,658 |

**Initiative Measure No. 1501**

Initiative Measure No. 1501 concerns seniors and vulnerable individuals. This measure would increase the penalties for criminal identity theft and civil consumer fraud targeted at seniors or vulnerable individuals; and exempt certain information of vulnerable individuals and in-home caregivers from public disclosure.

| | |
|---|---|
| Yes | 2,247,906 |
| No | 934,365 |

**Initiative Measure No. 732**

Initiative Measure No. 732 concerns taxes. This measure would impose a carbon emission tax on certain fossil fuels and fossil-fuel-generated electricity, reduce the sales tax by one percentage point and increase a low-income exemption, and reduce certain manufacturing taxes.

| | |
|---|---|
| Yes | 1,265,123 |
| No | 1,839,414 |

**EXHIBIT C**

**Initiative Measure No. 735**
Initiative Measure No. 735 concerns a proposed amendment to the federal constitution. This measure would urge the Washington state congressional delegation to propose a federal constitutional amendment that constitutional rights belong only to individuals, not corporations, and constitutionally-protected free speech excludes the spending of money.

| | |
|---|---|
| Yes | 1,923,489 |
| No | 1,138,453 |

**Advisory Vote No. 14**
**House Bill 2768**
The legislature extended, without a vote of the people, the insurance premium tax to some insurance for stand-alone family dental plans, costing an indeterminate amount in the first ten years, for government spending.

| | |
|---|---|
| Repealed | 2,038,321 |
| Maintained | 909,701 |

**Advisory Vote No. 15**
**Second Engrossed Substitute House Bill 2778**
The legislature imposed, without a vote of the people, certain limitations on the retail sales and use tax exemptions for clean alternative-fuel vehicles, costing $2,000,000 in the first ten years, for government spending.

| | |
|---|---|
| Repealed | 1,754,489 |
| Maintained | 1,174,345 |

**Senate Joint Resolution No. 8210**
The legislature has proposed a constitutional amendment on the deadline for completing state legislative and congressional redistricting. This amendment would require the state redistricting commission to complete redistricting for state legislative and congressional districts by November 15 of each year ending in a one, 46 days earlier than currently required.

| | |
|---|---|
| Approved | 2,246,030 |
| Rejected | 658,927 |

**United States President/Vice President**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Hillary Clinton / Tim Kaine | Democratic Party Nominees | 1,742,718 |
| Donald J. Trump / Michael R. Pence | Republican Party Nominees | 1,221,747 |
| Alyson Kennedy / Osborne Hart | Socialist Workers Party Nominees | 4,307 |
| Gloria Estela La Riva / Eugene Puryear | Socialism & Liberation Party Nominees | 3,523 |
| Jill Stein / Ajamu Baraka | Green Party Nominees | 58,417 |
| Darrell L. Castle / Scott N. Bradley | Constitution Party Nominees | 17,623 |
| Gary Johnson / Bill Weld | Libertarian Party Nominees | 160,879 |
| Write-ins | | 107,805 |

**United States Senator**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Patty Murray | (Prefers Democratic Party) | 1,913,979 |
| Chris Vance | (Prefers Republican Party) | 1,329,338 |

**EXHIBIT C**

## Congressional District 1 U.S. Representative

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Suzan DelBene | (Prefers Democratic Party) | 193,619 |
| Robert J. Sutherland | (Prefers Republican Party) | 155,779 |

## Congressional District 2 U.S. Representative

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Rick Larsen | (Prefers Democratic Party) | 208,314 |
| Marc Hennemann | (Prefers Republican Party) | 117,094 |

## Congressional District 3 U.S. Representative

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Jaime Herrera Beutler | (Prefers Republican Party) | 193,457 |
| Jim Moeller | (Prefers Democratic Party) | 119,820 |

## Congressional District 4 U.S. Representative

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Dan Newhouse | (Prefers Republican Party) | 132,517 |
| Clint Didier | (Prefers Republican Party) | 97,402 |

## Congressional District 5 U.S. Representative

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Cathy McMorris Rodgers | (Prefers Republican Party) | 192,959 |
| Joe Pakootas | (Prefers Democratic Party) | 130,575 |

## Congressional District 6 U.S. Representative

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Derek Kilmer | (Prefers Democratic Party) | 201,718 |
| Todd A. Bloom | (Prefers Republican Party) | 126,116 |

## Congressional District 7 U.S. Representative

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Pramila Jayapal | (Prefers Democratic Party) | 212,010 |
| Brady Piñero Walkinshaw | (Prefers Democratic Party) | 166,744 |

## Congressional District 8 U.S. Representative

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Dave Reichert | (Prefers Republican Party) | 193,145 |
| Tony Ventrella | (Prefers Democratic Party) | 127,720 |

## Congressional District 9 U.S. Representative

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Adam Smith | (Prefers Democratic Party) | 205,165 |
| Doug Basler | (Prefers Republican Party) | 76,317 |

# EXHIBIT C

## Congressional District 10 U.S. Representative

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Denny Heck | (Prefers Democratic Party) | 170,460 |
| Jim Postma | (Prefers Republican Party) | 120,104 |

## Washington State Governor

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Jay Inslee | (Prefers Democratic Party) | 1,760,520 |
| Bill Bryant | (Prefers Republican Party) | 1,476,346 |
| Write-ins | | 8,416 |

## Washington State Lt. Governor

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Cyrus Habib | (Prefers Democratic Party) | 1,698,297 |
| Marty McClendon | (Prefers Republican Party) | 1,424,277 |

## Washington State Secretary of State

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Kim Wyman | (Prefers Republican Party) | 1,713,004 |
| Tina Podlodowski | (Prefers Democratic Party) | 1,416,299 |

## Washington State Treasurer

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Duane Davidson | (Prefers Republican Party) | 1,576,580 |
| Michael Waite | (Prefers Republican Party) | 1,134,843 |

## Washington State Auditor

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Mark Miloscia | (Prefers Republican Party) | 1,455,771 |
| Pat (Patrice) McCarthy | (Prefers Democratic Party) | 1,597,011 |

## Washington State Attorney General

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Bob Ferguson | (Prefers Democratic Party) | 2,000,804 |
| Joshua B. Trumbull | (Prefers Libertarian Party) | 979,105 |

## Washington State Commissioner of Public Lands

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Steve McLaughlin | (Prefers Republican Party) | 1,436,817 |
| Hilary Franz | (Prefers Democratic Party) | 1,630,369 |

## Washington State Superintendent of Public Instruction

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Erin Jones | Nonpartisan | 1,309,896 |
| Chris Reykdal | Nonpartisan | 1,337,547 |

**EXHIBIT C**

## Washington State Insurance Commissioner

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Mike Kreidler | (Prefers Democratic Party) | 1,763,134 |
| Richard Schrock | (Prefers Republican Party) | 1,258,827 |

## Legislative District 1 State Senator

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Mindie Wirth | (Prefers Republican Party) | 30,850 |
| Guy Palumbo | (Prefers Democratic Party) | 40,758 |

## Legislative District 1 State Representative Position 1

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Derek Stanford | (Prefers Democratic Party) | 43,207 |
| Neil Thannisch | (Prefers Republican Party) | 27,661 |

## Legislative District 1 State Representative Position 2

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Jim Langston | (Prefers Republican Party) | 31,739 |
| Shelley Kloba | (Prefers Democratic Party) | 39,076 |

## Legislative District 2 State Senator

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Randi Becker | (Prefers Republican Party) | 36,739 |
| Marilyn Rasmussen | (Prefers Democratic Party) | 23,149 |

## Legislative District 2 State Representative Position 1

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Andrew Barkis | (Prefers Republican Party) | 34,167 |
| Amy Pivetta Hoffman | (Prefers Independent Dem. Party) | 24,544 |

## Legislative District 2 State Representative Position 2

| Ballot Name | Party Preference | Votes |
|---|---|---|
| JT Wilcox | (Prefers Republican Party) | 39,033 |
| Derek Maynes | (Prefers Democratic Party) | 20,413 |

## Legislative District 7 State Representative Position 1

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Shelly Short | (Prefers Republican Party) | 56,589 |

## Legislative District 7 State Representative Position 2

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Joel Kretz | (Prefers Republican Party) | 49,635 |
| Mike Foster | (Prefers Libertarian Party) | 14,946 |

## Legislative District 9 State Senator

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Mark G. Schoesler | (Prefers G.O.P Party) | 41,951 |

**EXHIBIT C**

**Legislative District 9 State Representative Position 1**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Mary Dye | (Prefers Republican Party) | 35,640 |
| Jennifer Goulet | (Prefers Democratic Party) | 17,944 |

**Legislative District 9 State Representative Position 2**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Joe Schmick | (Prefers Republican Party) | 42,695 |

**Legislative District 10 State Senator**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Barbara Bailey | (Prefers Republican Party) | 42,309 |
| Angie Homola | (Prefers Democratic Party) | 32,309 |

**Legislative District 10 State Representative Position 1**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Norma Smith | (Prefers Republican Party) | 48,178 |
| Michael Scott | (Prefers Libertarian Party) | 18,778 |

**Legislative District 10 State Representative Position 2**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Dave Hayes | (Prefers Republican Party) | 42,962 |
| Doris Brevoort | (Prefers Democratic Party) | 29,756 |

**Legislative District 12 State Senator**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Brad Hawkins | (Prefers Republican Party) | 30,882 |
| Jon Wyss | (Prefers Republican Party) | 24,258 |

**Legislative District 12 State Representative Position 1**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Cary Condotta | (Prefers Republican Party) | 36,748 |
| Dan Maher | (Prefers Democratic Party) | 21,653 |

**Legislative District 12 State Representative Position 2**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Mike Steele | (Prefers Republican Party) | 30,397 |
| Jerry Paine | (Prefers Republican Party) | 20,112 |

**Legislative District 13 State Representative Position 1**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Tom Dent | (Prefers Republican Party) | 41,673 |

**Legislative District 13 State Representative Position 2**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Matt Manweller | (Prefers Republican Party) | 35,071 |
| Jordan Webb | (Prefers Democratic Party) | 14,507 |

**EXHIBIT C**

**Legislative District 14 State Senator**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Curtis King | (Prefers Republican Party) | 31,156 |
| Amanda Richards | (Prefers Independent GOP Party) | 19,900 |

**Legislative District 14 State Representative Position 1**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Norm Johnson | (Prefers Republican Party) | 35,787 |
| Susan Soto Palmer | (Prefers Democratic Party) | 18,393 |

**Legislative District 14 State Representative Position 2**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Gina McCabe | (Prefers Republican Party) | 36,848 |
| John (Eric) Adams | (Prefers Democratic Party) | 16,914 |

**Legislative District 16 State Senator**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Maureen Walsh | (Prefers Republican Party) | 40,354 |

**Legislative District 16 State Representative Position 1**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Rebecca Francik | (Prefers Democratic Party) | 18,252 |
| William 'Bill' Jenkin | (Prefers Republican Party) | 29,812 |

**Legislative District 16 State Representative Position 2**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Terry R. Nealey | (Prefers Republican Party) | 32,860 |
| Gary Downing | (Prefers Democratic Party) | 15,507 |

**Legislative District 19 State Senator**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Dean Takko | (Prefers Democratic Party) | 30,850 |
| Sue Kuehl Pederson | (Prefers Independent GOP Party) | 25,064 |

**Legislative District 19 State Representative Position 1**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Jim Walsh | (Prefers Republican Party) | 28,693 |
| Teresa Purcell | (Prefers Democratic Party) | 28,134 |

**Legislative District 19 State Representative Position 2**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Brian E. Blake | (Prefers Democratic Party) | 33,629 |
| Jimi O'Hagan | (Prefers Republican Party) | 22,504 |

**EXHIBIT C**

**Legislative District 20 State Senator**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| John Braun | (Prefers Republican Party) | 49,936 |

**Legislative District 20 State Representative Position 1**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Richard DeBolt | (Prefers GOP Party) | 47,206 |

**Legislative District 20 State Representative Position 2**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Ed Orcutt | (Prefers Republican Party) | 49,195 |

**Legislative District 24 State Senator**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Kevin Van De Wege | (Prefers Democratic Party) | 40,808 |
| Danille Turissini | (Prefers Independent GOP Party) | 31,342 |

**Legislative District 24 State Representative Position 1**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Mike Chapman | (Prefers Democratic Party) | 43,847 |
| George Vrable | (Prefers Republican Party) | 28,150 |

**Legislative District 24 State Representative Position 2**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Steve Tharinger | (Prefers Democratic Party) | 40,704 |
| John D. Alger | (Prefers GOP/Independent Party) | 30,895 |

**Legislative District 26 State Representative Position 1**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Jesse L. Young | (Prefers Republican Party) | 39,857 |
| Larry Seaquist | (Prefers Indep't Democrat Party) | 30,224 |

**Legislative District 26 State Representative Position 2**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Michelle Caldier | (Prefers Republican Party) | 40,755 |
| Randy Spitzer | (Prefers Independent Dem. Party) | 28,387 |

**Legislative District 30 State Representative Position 1**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Mike Pellicciotti | (Prefers Democratic Party) | 26,820 |
| Linda Kochmar | (Prefers Republican Party) | 22,465 |

**Legislative District 30 State Representative Position 2**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Kristine Reeves | (Prefers Democratic Party) | 25,206 |
| Teri Hickel | (Prefers Republican Party) | 24,124 |

**EXHIBIT C**

**Legislative District 31 State Representative Position 1**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Drew Stokesbary | (Prefers Republican Party) | 42,776 |
| John Frostad | (Prefers Libertarian Party) | 16,976 |

**Legislative District 31 State Representative Position 2**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Phil Fortunato | (Prefers Republican Party) | 36,000 |
| Lane Walthers | (Prefers Independent Dem. Party) | 26,364 |

**Legislative District 32 State Representative Position 1**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Cindy Ryu | (Prefers Democratic Party) | 50,061 |
| Alvin Rutledge | (Prefers Republican Party) | 15,950 |

**Legislative District 32 State Representative Position 2**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Ruth Kagi | (Prefers Democratic Party) | 47,908 |
| David D. Schirle | (Prefers Republican Party) | 18,115 |

**Legislative District 35 State Representative Position 1**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Dan Griffey | (Prefers Republican Party) | 36,235 |
| Irene Bowling | (Prefers Independent Dem. Party) | 29,658 |

**Legislative District 35 State Representative Position 2**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Drew C. MacEwen | (Prefers Republican Party) | 35,384 |
| Craig Patti | (Prefers Independent Dem. Party) | 29,888 |

**Legislative District 39 State Senator**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Kirk Pearson | (Prefers Republican Party) | 50,942 |

**Legislative District 39 State Representative Position 1**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Dan Kristiansen | (Prefers Republican Party) | 37,503 |
| Linda M. Wright | (Prefers Democrat Party) | 23,306 |

**Legislative District 39 State Representative Position 2**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| John Koster | (Prefers Republican Party) | 37,250 |
| Ronda Metcalf | (Prefers Democratic Party) | 23,854 |

**EXHIBIT C**

**Legislative District 40 State Senator**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Kevin Ranker | (Prefers Democratic Party) | 47,108 |
| Daniel R. Miller | (Prefers Republican Party) | 23,081 |

**Legislative District 40 State Representative Position 1**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Kristine Lytton | (Prefers Democratic Party) | 53,429 |

**Legislative District 40 State Representative Position 2**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Jeff Morris | (Prefers Democratic Party) | 52,376 |

**Supreme Court Justice Position 1**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Mary Yu | Nonpartisan | 1,577,495 |
| David DeWolf | Nonpartisan | 1,174,263 |

**Supreme Court Justice Position 5**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Barbara Madsen | Nonpartisan | 1,679,786 |
| Greg Zempel | Nonpartisan | 1,031,698 |

**Supreme Court Justice Position 6**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Charles (Charlie) Wiggins | Nonpartisan | 1,535,554 |
| Dave Larson | Nonpartisan | 1,135,285 |

**Court of Appeals, Division 2, District 3 Judge Position 2**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Jill M. Johanson | Nonpartisan | 211,205 |

**Court of Appeals, Division 3, District 2 Judge Position 1**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| George Fearing | Nonpartisan | 86,411 |
| Patrick McBurney | Nonpartisan | 74,813 |

**Court of Appeals, Division 3, District 3 Judge Position 1**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Rebecca Pennell | Nonpartisan | 106,059 |

**Asotin, Columbia, Garfield Superior Court Judge Position 1**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Scott D. Gallina | Nonpartisan | 10,406 |

**EXHIBIT C**

**Benton, Franklin Superior Court Judge Position 1**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Bruce A. Spanner | Nonpartisan | 75,587 |

**Benton, Franklin Superior Court Judge Position 2**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Joe Burrowes | Nonpartisan | 48,499 |
| Sam Swanberg | Nonpartisan | 43,603 |

**Benton, Franklin Superior Court Judge Position 3**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Alexander Carl Ekstrom | Nonpartisan | 49,528 |
| Alicia Marie Berry | Nonpartisan | 41,433 |

**Benton, Franklin Superior Court Judge Position 4**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Cameron Mitchell | Nonpartisan | 78,206 |

**Benton, Franklin Superior Court Judge Position 5**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Vic L. VanderSchoor | Nonpartisan | 75,928 |

**Benton, Franklin Superior Court Judge Position 6**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Carrie Runge | Nonpartisan | 75,210 |

**Benton, Franklin Superior Court Judge Position 7**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Jackie Shea Brown | Nonpartisan | 75,697 |

**Ferry, Pend Oreille, Stevens Superior Court Judge Position 1**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Patrick A. Monasmith | Nonpartisan | 21,247 |
| C. Olivia Irwin | Nonpartisan | 7,477 |

**Ferry, Pend Oreille, Stevens Superior Court Judge Position 2**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Jessica (Taylor) Reeves | Nonpartisan | 17,459 |
| Terry L. Williams | Nonpartisan | 11,324 |

**Klickitat, Skamania Superior Court Judge Position 1**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Randall Krog | Nonpartisan | 10,035 |

**EXHIBIT C**

**Pacific, Wahkiakum Superior Court Judge Position 1**

| Ballot Name | Party Preference | Votes |
|---|---|---|
| Douglas E. Goelz | Nonpartisan | 5,743 |
| Michael S. Turner | Nonpartisan | 5,666 |



In Testimony Whereof, I have hereunto set my hand and affixed the Seal of the State of Washington on this 7th day of December 2016, at Olympia, the State Capital.

Kim Wyman
Secretary of State

# EXHIBIT C



# Secretary of State
*Kim Wyman*

Elections Division
520 Union Ave. SE
PO Box 40229
Olympia, WA 98504-0229
Tel: 360.902.4180
vote.wa.gov

October 21, 2016

Scott E. Stafne
Stafne Law Firm
239 N Olympic Avenue
Arlington, WA 98223

Dear Mr. Stafne,

Thank you for your correspondence dated October 12, 2016.

Attached, please find a list of all presidential electors that were submitted to our office for the 2016 Election.

Additionally, you asked for information regarding procedures, if any, by which a political party can replace a presidential elector. If party rules and procedures allow, a party could submit an amended certificate of electors containing an amended list of names and addresses of the party's chosen electors. Any amended certificate should contain the signature of the party representative who originally certified the slate of electors or that person's documented successor. Any new electors would also have to submit a pledge as required in RCW 29A.56.320.   The Washington Secretary of State's Office strongly prefers this method of replacing an elector because it provides some certainty regarding what the slate will be before the date that the electors convene. However, if a vacancy in the slate of electors is created under party rules and procedures, and the vacancy still exists on the date that the electors convene, the remaining electors can fill the vacancy "with a voice vote, and plurality of votes" according to RCW 29A.56.340. To the extent you need information about what the parties' rules and procedures allow, you should direct those questions to the parties.

Sincerely,

Lori Augino
Director of Elections

**EXHIBIT D**