1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| P. BRET CHIAFALO, et al., | CASE NO. C16-1886JLR |
|---|---|
| Plaintiffs, | ORDER REGARDING PUTATIVE INTERVENORS |
| v. | |
| JAY INSLEE, et al., | |
| Defendants. | |

The court has reviewed the Washington State Republican Party's (the "Republican Party") motion to intervene (*see* Rep. Party MTI (Dkt. # 9)), President-elect Donald J. Trump and Donald J. Trump for President, Inc.'s (collectively, "the Campaign") motion to intervene (Campaign MTI (Dkt. # 13)), and the Republican Party and the Campaign's (collectively, "Putative Intervenors") proposed joint opposition (Intervenor Resp. (Dkt. # 16)) to Plaintiffs P. Bret Chiafalo and Levi Guerra's motion for a temporary restraining order ("TRO") and preliminary injunction (TRO Mot. (Dkt. # 2)).  The court expresses no opinion at this time on the merits of Putative Intervenors' motions to intervene but

ORDER- 1

ORDERS the Republican Party and the Campaign to appear at the hearing on Plaintiffs' motion for a TRO and preliminary injunction, which is now set for 1:30 p.m. on Wednesday, December 14, 2016.  (*See* Dkt.)

At the hearing, the court will allow all parties and Putative Intervenors to be heard on the merits of Plaintiffs' motion and address an appropriate briefing schedule on the motions to intervene, to the extent that any of the current parties intend to oppose those motions.  (*See* Rep. Party MTI at 1 n.1 (indicating that Defendants take no position on the Republican Party's motion to intervene whereas Plaintiffs "declined to stipulate" to the motion); Campaign MTI at 1 n.1 (indicating that Defendants take no position on the Campaign's motion to intervene whereas Plaintiffs oppose the motion).)  At the hearing, which is scheduled to last one hour, the court will allot half of the time to Plaintiffs and the other half to Defendants and Putative Intervenors.  The court DIRECTS Defendants and Putative Intervenors to meet and confer in advance of the hearing regarding how to subdivide or otherwise manage the time allotted for argument.

Dated this 13th day of December, 2016.

JAMES L. ROBART
United States District Judge

ORDER- 2