UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BRET CHIAFALO and LEVI GUERRA,<br><br>Plaintiffs,<br><br>v.<br><br>JAY INSLEE, in his official capacity as Governor of Washington , BOB FERGUSON, in his office capacity as Attorney General of Washington, and KIM WYMAN, in her official capacity as Washington Secretary of State,<br><br>Defendants. | CASE NO. 2:16-cv-01886-JLR<br><br>DECLARATION OF LEVI GUERRA |

Levi Guerra declares as follows:

1. I am over nineteen years of age and am competent to testify to the matters contained in this declaration.

2. I was born in Moses Lake, WA

3. My dad served in the military and provided financial support for the family. He left the military in 2013 and times became very rough for my family. I remember at the beginning of my senior year, I was the only one working in my family for a short period of time.

4. I am currently a college student, but I support myself with full time work. I do not receive any family financial support and my family simply cannot afford to give me any.

5. I understand Defendants claim that imposing a $1,000 penalty is somehow

DECLARATION OF LEVI GUERRA - 1
2:16-cv-01886-JLR

**IMPACT LAW GROUP PLLC**
1325 FOURTH AVENUE, SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 792-5230 • (206) 452-0655 FAX

minor. While it may be minor to them, to me, $1,000 is a lot of money. I would simply be unable to pay a fine of that size.

6. I want to cast my electoral vote for the candidate that I think would be best for this country. I believe I have the constitutional right and duty to do just that. But the threat of what is to me a very severe financial penalty has intimidated me and originally made me seriously consider whether I should vote according to my conscience, rights and duties.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 13 day of Dec, 2016 at Portland, Oregon.

_____
Levi Guerra

DECLARATION OF LEVI GUERRA - 2
2:16-cv-01886-JLR

**IMPACT LAW GROUP PLLC**
1325 FOURTH AVENUE, SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 792-5230 • (206) 452-0655 FAX

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on December 13, 2016, the attached document was presented to the Clerk of Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of Court will send e-mail notification of such filing to the following persons:

Callie A. Castillo
Rebecca R. Glasgow
Deputy Solicitors General
Office of the Attorney General
PO Box 40100
Olympia, WA 98504-0100
(360) 664-9018
CallieC@atg.wa.gov
RebeccaG@atg.wa.gov

Robert A. McGuire, III
Robert A. McGuire Law Firm
2703 Jahn Avenue NW, Suite C-7
Gig Harbor, WA 98335
Telephone: (253) 313-5485
 Fax: (866) 352-1051
E-mail: ram@lawram.com

Robert J. Maguire
Harry J. F. Korrell
Davis Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone: (206) 622-3150 Fax: (206)757-7700
E-mail: robmaguire@dwt.com
E-mail: harrykorrell@dwt.com

DATED this 13th day of December, 2016 at Seattle, Washington.

/s/ Heather Persun
Heather Persun

DECLARATION OF LEVI GUERRA - 3
2:16-cv-01886-JLR

**IMPACT LAW GROUP PLLC**
1325 FOURTH AVENUE, SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 792-5230 • (206) 452-0655 FAX