The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| P. BRET CHIAFALO and LEVI GUERRA,<br><br>Plaintiffs,<br><br>v.<br><br>JAY INSLEE, in his official capacity as Governor of Washington, BOB FERGUSON, in his official capacity as Attorney General, and KIM WYMAN, in her official capacity as Washington Secretary of State,<br><br>Defendants. | No. 2:16-cv-01886-JLR<br><br>INTERVENORS PRESIDENT-ELECT DONALD J. TRUMP; DONALD J. TRUMP FOR PRESIDENT, INC.; AND WASHINGTON STATE REPUBLICAN PARTY'S NOTICE OF SUPPLEMENTAL AUTHORITY CONCERNING PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER<br><br>NOTE ON MOTION CALENDAR: DECEMBER 14, 2006 @ 1:30 P.M. |

Pursuant to Local Civil Rule 7(n), Proposed Intervenors respectfully submit the attached supplemental authority issued after the filing of Proposed Intervenors' Opposition to Plaintiffs'

/ / / /

/ / / /

/ / / /

INTERVENORS' NOTICE OF SUPP. AUTHORITY - 1
(2:16-cv-01886-JLR)

JONES DAY
325 John H. McConnell Blvd., Suite 600
Columbus, OH 43215-2673
614.281.3891

Motion for Temporary Restraining Order. Proposed Intervenors plan to submit a further notice of supplemental authority when the court in *Baca v. Hickenlooper* issues a full written opinion.

DATED this 14th day of December, 2016.

JONES DAY, *Attorneys for Intervenors President-elect Donald J. Trump and Donald J. Trump for President, Inc.*

By: *s/ Chad A. Readler*
    Chad A. Readler, OSBA #0068394
    325 John H. McConnell Boulevard, Suite 600
    Columbus, OH  43215-2673
    Telephone (614) 281-3891
    E-mail: careadler@jonesday.com

Robert McGuire Law Firm, *Attorneys for Intervenors President-elect Donald J. Trump and Donald J. Trump for President, Inc.*

By: *s/ Robert A. McGuire, III*
    Robert A. McGuire, III, WSBA #50649
    2703 Jahn Avenue NW, Suite C-7
    Gig Harbor, WA 98335
    Telephone: (253) 313-5485
    Fax: (866) 352-1051
    E-mail: ram@lawram.com

Davis Wright Tremaine LLP, *Attorneys for Washington State Republican Party*

By: *s/ Robert J. Maguire*
    Robert J. Maguire, WSBA #29909
    Harry J. F. Korrell, WSBA #23173
    1201 Third Avenue, Suite 2200
    Seattle, WA  98101-3045
    Telephone: (206) 622-3150
    Fax: (206)757-7700
    E-mail: robmaguire@dwt.com
    E-mail: harrykorrell@dwt.com

INTERVENORS' NOTICE OF SUPP. AUTHORITY - 2
(2:16-cv-01886-JLR)

JONES DAY
325 John H. McConnell Blvd., Suite 600
Columbus, OH 43215-2673
614.281.3891

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Jonah Harrison | jonah@impactlawgroup.com |
| Sumeer Singla | sumeer@impactlawgroup.com |
| Callie A. Castillo | calliec@atg.wa.gov |
| Robert A. Maguire | ram@lawram.com |
| Chad Readler | careadler@jonesday.com |

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

NONE

I certify under penalty of perjury that the foregoing is true and correct. Executed at Seattle, Washington this 14th day of December, 2016.

*s/Robert J. Maguire*
Robert J. Maguire, WSBA #29909

INTERVENORS' NOTICE OF SUPP. AUTHORITY - 3
(2:16-cv-01886-JLR)

JONES DAY
325 John H. McConnell Blvd., Suite 600
Columbus, OH 43215-2673
614.281.3891