# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

P. BRET CHIAFALO and LEVI GUERRA,

    Plaintiff(s),

v.

JAY INSLEE, in his official capacity as Governor of Washington, BOB FERGUSON, in his office capacity as Attorney General of Washington, and KIM WYMAN, in her official capacity as Washington Secretary of State,

    Defendant(s).

NOTICE OF CIVIL APPEAL

2:16-cv-01886-JLR
(Case Number)

The Honorable James L. Robart
(District Court Judge)

Notice is hereby given that P. BRET CHIAFALO and LEVI GUERRA
(Name of Appellant)

appeals to the United States Court of Appeals for the Ninth Circuit from

Order denying Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction
(Name of Order/Judgment)

entered in this action on 12/14/2016 .
(Date of Order)

Sumeer Singla, WSBA #32852
Jonah O. Harrison, WSBA #34576
IMPACT LAW GROUP PLLC
1325 FOURTH AVENUE, SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 792-5230

12/14/2016

Dated

Name, Address and Phone Number of Counsel for Appellant or Appellant/*Pro Se*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

P. BRET CHIAFALO and LEVI GUERRA,

    Plaintiff(s),

v.

JAY INSLEE, in his official capacity as Governor of Washington, et al.

    Defendant(s).

Case No. 2:16-cv-01886-JLR

**CERTIFICATE OF SERVICE**

I hereby certify that on Dec 14, 2016 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

CALLIE A. CASTILLO, WSBA 38214
REBECCA R. GLASGOW, WSBA 32886

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

N/A

Dated Dec 14, 2016

/s/ Sumeer Singla

Sign or use a "s/" and your name

Sumeer Singla, WSBA #32852
Jonah O. Harrison, WSBA #34576
IMPACT LAW GROUP PLLC
1325 FOURTH AVENUE, SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 792-5230

Name, Address and Phone Number of Counsel or Pro Se

**CERTIFICATE OF SERVICE**    Page of