The Honorable JAMES L. ROBART

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| P. BRET CHIAFALO and LEVI GUERRA,<br><br>      Plaintiffs,<br><br> v.<br><br>JAY INSLEE, in his official capacity as Governor of Washington, BOB FERGUSON, in his official capacity as Attorney General, and KIM WYMAN, in her official capacity as Washington Secretary of State<br><br>      Defendants,<br>and<br><br>WASHINGTON STATE REPUBLICAN PARTY,<br><br>      Intervenors. | NO. 2:16-cv-01886-JLR<br><br>NOTICE OF PENDENCY OF OTHER ACTION |

  Pursuant to Local Rule 3(g), Defendants hereby notify the Court of pending state administrative cases that involve all or a material part of the same subject matter and substantially the same parties as this action.

  The consolidated matters are before the Washington State Administrative Office of the Court, Docket Nos. 010421 and 010424, and involve Plaintiffs P. Bret Chiafalo and Levi

1  Guerra and Defendant Secretary of State Kim Wyman. The consolidated administrative
2  matters concern whether the Secretary of State properly issued a fine under Wash. Rev
3  Code 29A.56.340 against Mr. Chiafalo and Ms. Guerra for voting for a person not nominated
4  by the political party of which Mr. Chiafalo and Ms. Guerra were presidential electors.

5  Transfer under 28 U.S.C. § 1407 would not be appropriate. The State does not
6  believe, at this time, that coordination between this action and the administrative action is
7  necessary or would create any efficiencies. The State will raise the issue at a later time if
8  circumstances change.

9  DATED this 15th day of February 2017.

ROBERT W. FERGUSON
  *Attorney General of Washington*

NOAH G. PURCELL, WSBA 43492
  *Solicitor General*

 s/ Callie A. Castillo
CALLIE A. CASTILLO, WSBA 38214

 s/ Rebecca R. Glasgow
REBECCA R. GLASGOW, WSBA 32886
  *Deputy Solicitors General*

Office of the Attorney General
PO Box 40100
Olympia, Washington 98504-0100
(360) 664-0869
CallieC@atg.wa.gov
RebeccaG@atg.wa.gov

NOTICE OF PENDENCY OF OTHER
ACTION -- NO. 2:16-CV-01886-JLR

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
(360) 753-6200

## CERTIFICATE OF SERVICE

I certify, under penalty of perjury under the laws of the state of Washington, that I electronically filed a true and correct copy of the foregoing document with the United States District Court ECF system, which will send notification of the filing to the following:

| | |
|---|---|
| Sumeer Singla<br>Jonah O. Harrison<br>1325 Fourth Avenue, Suite 1400<br>Seattle, WA 98101<br>sumeer@impactlawgroup.com<br>jonah@impactlawgroup.com | Robert J. Maguire<br>Harry J. F. Korrell<br>Davis Wright Tremaine LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>robmaguire@dwt.com<br>harrykorrell@dwt.com |

DATED this 15th day of February 2017, at Olympia, Washington.

s/ Stephanie N. Lindey
STEPHANIE N. LINDEY
*Legal Assistant*

NOTICE OF PENDENCY OF OTHER
ACTION -- NO. 2:16-CV-01886-JLR

3

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
(360) 753-6200