The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BRET CHIAFALO and LEVI GUERRA,<br><br>                  Plaintiffs,<br><br>    v.<br><br>JAY INSLEE, in his official capacity as Governor of Washington, BOB FERGUSON, in his office capacity as Attorney General of Washington, and KIM WYMAN, in her official capacity as Washington Secretary of State,<br><br>                  Defendants. | CASE NO. 2:16-cv-01886-JLR<br><br>PLAINTIFFS' MOTION TO DISMISS WITHOUT PREJUDICE<br><br>NOTE ON MOTION CALENDAR: APRIL 7, 2017 |

Plaintiffs respectfully move to dismiss the above-entitled lawsuit without prejudice, pursuant to Federal Rule of Civil Procedure 41.

DATED this 14th day of March, 2017.

**IMPACT LAW GROUP PLLC**

*/s/ Sumeer Singla*
Jonah O. Harrison, WSBA #34576
Sumeer Singla, WSBA #32852
1325 Fourth Avenue, Suite 1400
Seattle, WA 98101
T:  (206) 792-5230
F:  (206) 452-0655
jonah@impactlawgroup.com
sumeer@impactlawgroup.com

PLAINTIFFS' MOTION TO DISMISS WITHOUT PREJUDICE - 1
NO. 2:16-CV-01886-JLR

**IMPACT LAW GROUP PLLC**
1325 FOURTH AVENUE, SUITE 1400
SEATTLE, WASHINGTON  98101
(206) 792-5230 • (206) 452-0655 FAX

*Attorneys for Plaintiffs*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

PLAINTIFFS' MOTION TO DISMISS WITHOUT PREJUDICE - 2
NO. 2:16-CV-01886-JLR

**IMPACT LAW GROUP PLLC**
1325 FOURTH AVENUE, SUITE 1400
SEATTLE, WASHINGTON  98101
(206) 792-5230 • (206) 452-0655 FAX

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on March 14, 2017, the attached document was presented to the Clerk of Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of Court will send e-mail notification of such filing to the following persons:

Callie A. Castillo
Rebecca R. Glasgow
Deputy Solicitors General
Office of the Attorney General
PO Box 40100
Olympia, WA 98504-0100
(360) 664-9018
CallieC@atg.wa.gov
RebeccaG@atg.wa.gov

Robert A. McGuire, III
Robert A. McGuire, III
2703 Jahn Avenue NW, Suite C-7
Gig Harbor, WA 98335
Telephone: (253) 313-5485
 Fax: (866) 352-1051
E-mail: ram@lawram.com

Robert J. Maguire
Harry J. F. Korrell
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
Telephone: (206) 622-3150 Fax: (206)757-7700
E-mail: robmaguire@dwt.com
E-mail: harrykorrell@dwt.com

DATED this 14th day of March, 2017 at Seattle, Washington.

 /s/ Laila Z. Possani
LAILA Z. POSSANI, Legal Assistant

PLAINTIFFS' MOTION TO DISMISS WITHOUT PREJUDICE - 3
NO. 2:16-CV-01886-JLR

IMPACT LAW GROUP PLLC
1325 FOURTH AVENUE, SUITE 1400
SEATTLE, WASHINGTON  98101
(206) 792-5230 • (206) 452-0655 FAX