The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BRET CHIAFALO and LEVI GUERRA,<br><br>                              Plaintiffs,<br><br>v.<br><br>JAY INSLEE, in his official capacity as Governor of Washington, BOB FERGUSON, in his official capacity as Attorney General of Washington, and KIM WYMAN, in her official capacity as Washington Secretary of State<br><br>                              Defendants,<br><br>and<br><br>WASHINGTON STATE REPUBLICAN PARTY<br><br>                              Intervenor. | NO.  2:16-cv-01886-JLR<br><br>DEFENDANTS' AND INTERVENORS STIPULATION TO DISMISSAL |

      Plaintiffs Bret Chiafalo and Levi Guerra moved for dismissal without prejudice on March 14, 2017. Defendants Governor Inslee, Attorney General Ferguson, and Secretary of

DEFENDANTS' AND INTERVENORS STIPULATION TO DISMISSAL -- NO.  2:16-CV-01886-JLR

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
(360) 753-6200

State Wyman and Intervenor Washington State Republican Party do not object and stipulate to dismissal.

DATED this 15th day of March, 2017March 2017.

      ROBERT W. FERGUSON
        *Attorney General of Washington*

      NOAH G. PURCELL, WSBA 43492
        *Solicitor General*

      /s/ Callie A. Castillo
      CALLIE A. CASTILLO, WSBA 38214
      REBECCA R. GLASGOW, WSBA 32886
        *Deputy Solicitors General*

      Office of the Attorney General
      PO Box 40100
      Olympia, Washington 98504-0100
      (360) 664-9018
      CallieC@atg.wa.gov
      RebeccaG@atg.wa.gov
      Attorneys for Defendants

      DAVIS WRIGHT TREMAINE LLP

      s/ Robert J. Maguire
      ROBERT J. MAGUIRE, WSBA #29909
      HARRY J. F. KORRELL, WSBA #23173
      1201 Third Avenue, Suite 2200
      Seattle, WA  98101-3045
      (206) 622-3150
      robmaguire@dwt.com
      harrykorrell@dwt.com
      Attorneys for Intervenor

DEFENDANTS' AND INTERVENORS STIPULATION TO DISMISSAL -- NO. 2:16-CV-01886-JLR

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
(360) 753-6200

# CERTIFICATE OF SERVICE

I certify, under penalty of perjury under the laws of the state of Washington, that I electronically filed a true and correct copy of the foregoing document with the United States District Court ECF system, which will send notification of the filing to the following:

| | |
|---|---|
| Sumeer Singla<br>Jonah O. Harrison<br>1325 Fourth Avenue, Suite 1400<br>Seattle, WA 98101<br>sumeer@impactlawgroup.com<br>jonah@impactlawgroup.com | Robert J. Maguire<br>Harry J. F. Korrell<br>Davis Wright Tremaine LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>robmaguire@dwt.com<br>harrykorrell@dwt.com |

DATED this 15th day of March 2017, at Olympia, Washington.

s/ Stephanie N. Lindey
STEPHANIE N. LINDEY
*Legal Assistant*

DEFENDANTS' AND INTERVENORS
STIPULATION TO DISMISSAL --
NO.  2:16-CV-01886-JLR

3

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
(360) 753-6200